UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON BAMOND,<br><br>                    Plaintiff(s),<br><br>v.<br><br>FORCE 1 ONE RETAIL SOLUTIONS, LLC,<br><br>                    Defendant(s). | 23-CV-10448 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

WHEREAS Defendant filed a Motion to Dismiss on January 5, 2024, ECF No. 7;

WHEREAS pursuant to Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's answering papers, if any, were to be served on or before January 19, 2024;

WHEREAS Plaintiff's deadline to file an opposition has passed and Plaintiff has not filed a submission;

IT IS HEREBY ORDERED that Plaintiff shall submit answering papers, if any, to Defendant's Motion to Dismiss by **January 25, 2024**. Failure to file by the extended deadline will result in this Court's finding that the Motion to Dismiss has been fully briefed.

SO ORDERED.

Dated: January 22, 2024
       New York, New York

                                                          _____
                                                          DALE E. HO
                                                          United States District Judge